Dora Serrano BELL, (now Dora Serrano) and Marvin E. Benthall and Carolyn J. Benthall, husband and wife, Respondents,

v.

Rodney D. FITZPATRICK, Appellant.

No. WD 44541.

Missouri Court of Appeals, Western District.

Feb. 4, 1992.

Motion for Rehearing and/or Transfer to Supreme Court Denied March 31, 1992.

Application to Transfer Denied June 2, 1992.

James F. Crews, Tipton, for appellant.

David Van George Brydon, Jefferson City, for respondents.

Before FENNER, P.J., and SPINDEN and SMART, JJ.

ORDER

PER CURIAM.

Appellant, Rodney Fitzpatrick, appeals from a judgment of the trial court setting the boundaries of an easement for a roadway across his property.

Judgment affirmed. Rule 84.16(b).

STATE of Missouri, Respondent,

v.

John HENDRIX, Appellant.

No. WD 44890.

Missouri Court of Appeals, Western District.

Feb. 4, 1992.

Motion for Rehearing and/or Transfer to Supreme Court Denied March 31, 1992.

Application to Transfer Denied June 2, 1992.

Sandra Day, Asst. Public Defender, Liberty, for appellant.

Elizabeth M. Davis, Asst. Pros. Atty., Liberty, for respondent.

Before LOWENSTEIN, C.J., and BRECKENRIDGE and SMART, JJ.

ORDER

PER CURIAM.

Appeal from a conviction of criminal non-support, § 568.040, RSMo Supp.1990.

Affirmed. Rule 30.25(b).